# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 324 EAL 2018

           Respondent        :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

           v.                   :

                                :

DARRYL H. DICKSON,             :

                                :

           Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.